UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:05:CR:188

v.

                                            HON. GORDON J. QUIST

MARQUAN SHERROD WILSON,

        Defendant.
_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed October 4, 2005, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Marquan Sherrod Wilson's plea of guilty to Count One of the Indictment is accepted. Defendant Marquan Sherrod Wilson is adjudicated guilty.

3.      Defendant Marquan Sherrod Wilson shall be detained pending sentencing.


Dated: October 27, 2005                                    /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE